AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

United States of America

v.

Edvin Yug DENG

*Defendant*

Case No. 22-mj-156

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **EDVIN YUG DENG**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(3), and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

Date: September 21, 2022

*Issuing officer's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

| Return |
|---|
| This warrant was received on *(date)* 09/21/2022, and the person was arrested on *(date)* 09/21/2022, at *(city and state)* Youngstown, New York.<br><br>Date: 09/22/2022<br><br>TIMOTHY C CARROLL (Digitally signed by TIMOTHY C CARROLL Date: 2022.09.22 08:33:18 -04'00')<br>*Arresting officer's signature*<br><br>Timothy Carroll, HSI Special Agent<br>*Printed name and title* |