**Demidchik Law Firm**

DEMIDCHIK LAW FIRM, PLLC
136-18 39th Ave., 8th Floor
Flushing, NY 11354
T: 718-255-9898
F: 212-810-7257

January 4, 2022

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, New York 14202

    Re:    **United States v Edvin Yug Deng**
                **22-mj-160**

Dear Magistrate Schroeder:

    I am retained counsel for the defendant in the above-entitled matter. As such, and after conferring with the Government, it is my request to adjourn the 48(b) date of January 14, 2023. I have received additional discovery and have been in discussions with the Government regarding the contents of said discovery and possible pretrial resolution of this mater. The adjournment is requested to allow sufficient time to review discovery and for continued discussions for a possible pretrial resolution.

    In the event the Court grants the requested adjournment, I respectfully suggest an adjournment to the week of February 6, 2023, to a day that is convenient for the Court. The defense consents to the exclusion of time pursuant to the Speedy Trial Act until the next date set by the Court.

    I thank the Court for its consideration of this matter,

                                                        Respectfully,

                                                         Kevin E. Morgan, Esq.

Cc: All parties of record (via ECF)